Brett D. Jaffe
bjaffe@cohengresser.com
Scott D. Thomson
sthomson@cohengresser.com
**COHEN & GRESSER LLP**
800 Third Avenue, 21st Floor
New York, NY 10022
Phone: (212) 957-7600
Fax: (212) 957-4514

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| ATLANTICA HOLDINGS, INC., BALTICA INVESTMENT HOLDING, INC., BLU FUNDS, INC., Allan KIBLISKY, Anthony KIBLISKY, and Jacques GLIKSBERG,<br><br>Plaintiffs,<br><br>– against –<br><br>BTA BANK JSC,<br><br>Defendant. | Civ. No. 13 CV 5790 (JMF)<br>rel. No. 12 CV 8852 (JMF)<br><br>**ECF CASE**<br><br>**NOTICE OF MOTION FOR ORDER PERMITTING SERVICE PURSUANT TO FED. R. CIV. P. 4(f)(3)** |

------------------------------------------------------------x

PLEASE TAKE NOTICE that, upon (i) the Declaration of Brett D. Jaffe, Esq. dated October 1, 2013, with exhibits attached thereto, (ii) the accompanying memorandum of law, and (iii) all prior papers, pleadings, and proceedings in this action, Plaintiffs Atlantica Holdings, Inc., Baltica Investment Holding, Inc., Blu Funds, Inc., Allan Kiblisky, Anthony Kiblisky, and Jacques Gliksberg ("Plaintiffs"), by their undersigned attorneys, Cohen & Gresser LLP, will move on a date convenient to this Court, before the Honorable Jesse M. Furman, in Courtroom 1105 at the United States District Court for the Southern District of New York, 40 Foley Square, New York, New York 10007, for an Order (i) pursuant to Fed. R. Civ. P. 4(f)(3), permitting

service of the Summons and Complaint on Defendant BTA Bank by service on its counsel, White & Case LLP ("White & Case"), and (ii) granting such other and further relief as this Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Rule 6.1(b), answering papers are required to be served upon the undersigned on or before October 15, 2013, and reply papers will be served on counsel for Defendant on or before October 22, 2013.

Dated: October 1, 2013
       New York, New York

Respectfully submitted,

COHEN & GRESSER LLP

_____
Brett D. Jaffe
bjaffe@cohengresser.com
Scott D. Thomson
sthomson@cohengresser.com
800 Third Avenue, 21st Floor
New York, NY  10022
Phone: (212) 957-7600
Fax: (212) 957-4514

*Attorneys for Plaintiffs*

2