USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/13/2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                   :

ATLANTICA HOLDINGS, INC. et al.,      :

                 Plaintiffs,       :

                                             :         13-CV-5790 (JMF)

          -v-                            :

                                             :             ORDER

BTA BANK JSC,                          :

                Defendant.      :

------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On April 22, 2014, Defendant filed a motion to dismiss the complaint under Rule 12(b) of the Federal Rules of Civil Procedure. On April 28, 2014, the Court issued an order granting Plaintiff until May 13, 2014, to file an amended complaint or an opposition to Defendant's motion to dismiss. On May 13, 2014, Plaintiff filed an amended complaint, and on June 10, 2014, Defendants filed a new motion to dismiss. Accordingly, Defendant's original motion to dismiss the complaint is denied as moot.

       Plaintiff's opposition to Defendant's motion to dismiss is due **July 1, 2014**. Defendants' reply, if any, is due **July 8, 2014**.

       The Clerk of Court is directed to terminate Defendant's first motion to dismiss (Docket No. 27) and to mail a copy of this Order to Plaintff.

       SO ORDERED.

Dated: June 13, 2014
       New York, New York

                                                  _____
                                                     JESSE M. FURMAN
                                                 United States District Judge