UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X

ATLANTICA HOLDINGS, INC., BALTICA
INVESTMENT HOLDING, INC., BLU FUNDS,
INC., Allan KIBLISKY, Anthony KIBLISKY, and
Jacques GLIKSBERG,

                Plaintiffs,

      -against-                              No. 12-CV-8852 (JMF)

SOVEREIGN WEALTH FUND "SAMRUK-
KAZYNA" JSC," a/k/a "National Welfare Fund 'Samruk
Kazyna,"

                Defendant.

------------------------------------------------------------------- X

ATLANTICA HOLDINGS, INC., BALTICA
INVESTMENT HOLDING, INC., BLU FUNDS,
INC., Allan KIBLISKY, Anthony KIBLISKY, and
Jacques GLIKSBERG,

                  Plaintiffs,

      -against-                                No. 13-CV-5790 (JMF)

BTA Bank JSC,

                Defendant.

------------------------------------------------------------------- X

**DECLARATION OF BRETT D. JAFFE IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND JUDGMENT ON THE PLEADINGS**

       I, Brett D. Jaffe, Esq., an attorney admitted to practice before this Court, declare that the following statements are true under penalty of perjury:

1) I am a partner in the law firm of Alston & Bird LLP ("Alston & Bird"), counsel to Plaintiffs Atlantica Holdings, Inc., Baltica Investment Holding, Inc., Blu Funds, Inc., Allan Kiblisky, Anthony Kiblisky, and Jacques Gliksberg ("Plaintiffs").

2) I submit this declaration to place before the Court certain additional documents in opposition to Defendants' motion for summary judgment and judgment on the pleadings.

3) Attached hereto as Exhibit A is a true and accurate copy of an account statement for Plaintiff Atlantica Holdings, Inc. with UBS Financial Services, Inc., 100 South East 2nd Street, 25th Floor, Miami, Florida 33131 bearing Bates number P00000106.

4) Attached hereto as Exhibit B is a true and accurate copy of a trade confirmation for Plaintiff Atlantica Holdings, Inc. with UBS Financial Services, Inc., 100 South East 2nd Street, 25th Floor, Miami, Florida 33131 bearing Bates number P00000001.

5) Attached hereto as Exhibit C is a true and accurate copy of an account statement for Plaintiff Baltica Investment Holding, Inc. with UBS Financial Services, Inc., 100 South East 2nd Street, 25th Floor, Miami, Florida 33131 bearing Bates number P00000108.

6) Attached hereto as Exhibit D is a true and accurate copy of a trade confirmation for Plaintiff Baltica Investment Holding, Inc. with UBS Financial Services, Inc., 100 South East 2nd Street, 25th Floor, Miami, Florida 33131 bearing Bates number P00000103.

7) Attached hereto as Exhibit E is a true and accurate copy of an account statement for Plaintiff Blu Funds, Inc. with UBS Financial Services, Inc., 100 South East 2nd Street, 25th Floor, Miami, Florida 33131 bearing Bates number P00000142.

8) Attached hereto as Exhibit F is a true and accurate copy of a trade confirmation for Plaintiff Blu Funds, Inc. with UBS Financial Services, Inc., 1000 Harbor Boulevard, 7th Floor, Weehawken NJ 07086 bearing Bates number P00000122.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st day of November, 2016

_____
BRETT D. JAFFE